United States District Court
Southern District of Texas
**ENTERED**
May 09, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RESIDENTS AGAINST FLOODING, ANITA GIEZENTANNER, VIRGINIA GREGORY, LEE MARTIN, LOIS MEYERS, AND BAYAN RAJI, § § § § § § Plaintiffs, § § VS. § § REINVESTMENT Zone NUMBER § SEVENTEEN, CITY OF HOUSTON, § TEXAS (TIRZ 17), MEMORIAL CITY § REDEVELOPMENT AUTHORITY (AKA § TIRZ 17 REDEVELOPMENT AUTHORITY)§ AND THE CITY OF HOUSTON, TEXAS, § § Defendants. § | C.A. NO. H-16-1458 |

**ORDER OF DISMISSAL**

Pursuant to the Opinion and Order entered on this day, the Court

ORDERS that all claims asserted by Plaintiffs the Residents Against Flooding, Anita Giezentanner, Virginia Gregory, Lois Meyers, and Bayan Raji against Defendants Reinvestment Zone Number Seventeen, City of Houston, Texas, Memorial City Redevelopment Authority's the City of Houston, and the City of Houston are DISMISSED under Federal Rules of Civil Procedure 12(b)(1) and/or 12(b)(6).

SIGNED at Houston, Texas, this  9th  day of  May , 2017.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE