IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RESIDENTS AGAINST FLOODING, ET AL. | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:16-cv-01458 |
| REINVESTMENT ZONE NUMBER SEVENTEEN, CITY OF HOUSTON, TEXAS, ET AL., | § § § | |
| *Defendants.* | § | |

## PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs in the above referenced case—Residents Against Flooding, Anita Giezentanner, Virginia Gregory, and Lois Myers—hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order of Dismissal, signed and entered by the district court on May 9, 2017.

Respectfully submitted,

 */s/ Charles W. Irvine*
CHARLES W. IRVINE
*Attorney in Charge*
Southern District of Texas Bar No. 675029
TBN 24055716
MARY B. CONNER
Southern District of Texas Bar No. 1093200
MICHAEL P. MCEVILLY
Southern District of Texas Bar No. 2218880
Irvine & Conner, PLLC
4709 Austin Street
Houston, Texas 77004
713–533–1704
charles@irvineconner.com

*Counsel for Plaintiffs*

1.

**CERTIFICATE OF SERVICE**

On June 1, 2017, a true and correct copy of this document was served on all parties via CM/ECF through their counsel of record.

                                                                       */s/ Charles W. Irvine*
                                                                        Charles W. Irvine

Patricia Lynn Casey
City of Houston Legal Department
900 Bagby, 4th Floor
Houston, TX 77002
832.393.6302
pat.casey@houstontx.gov

*Counsel for Defendant City of Houston, Texas*

Barry Abrams and Joshua Huber
Blank Rome LLP
717 Texas Ave, Suite 1400
Houston, Texas 77002
713.228.6601
babrams@blankrome.com
jhuber@blankrome.com

*Counsel for Defendant Reinvestment Zone Number Seventeen, City of Houston, Texas, and Defendant Memorial City Redevelopment Authority*