# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 17-20373

D.C. Docket No. 4:16-CV-1458

United States Court of Appeals
Fifth Circuit
**FILED**
May 22, 2018
Lyle W. Cayce
Clerk

RESIDENTS AGAINST FLOODING; ANITA GIEZENTANNER; VIRGINIA GREGORY; LOIS MYERS,

    Plaintiffs - Appellants

v.

REINVESTMENT ZONE NUMBER SEVENTEEN, CITY OF HOUSTON, TEXAS; MEMORIAL CITY REDEVELOPMENT AUTHORITY, also known as TIRZ 17 Redevelopment Authority; CITY OF HOUSTON, TEXAS,

    Defendants - Appellees

Appeal from the United States District Court for the Southern District of Texas

Before KING, JONES, and GRAVES, Circuit Judges.

United States District Court
Southern District of Texas
FILED
JUN 22 2018
David J. Bradley, Clerk of Court

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Jun 20, 2018

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit