# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

United States Courts
Southern District of Texas
FILED

December 04, 2018

David J. Bradley, Clerk of Court

December 3, 2018

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

    Re: Residents Against Flooding, et al.
        v. Reinvestment Zone Number Seventeen, City of Houston, Texas, et al.
        No. 18-535
        (Your No. 17-20373)
        USDC No. 4:16-cv-1458

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

                              Sincerely,

                              Scott S. Harris, Clerk

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 04, 2018

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 17-20373    Residents Agnst Flooding v. Reinvestment  
                           USDC No. 4:16-CV-1458

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order denying certiorari.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _/s/ Stacy Carpenter_  
                           Stacy M. Carpenter, Deputy Clerk